David Williamson, et al vs. Detyens Shipyards, et al
C/A No.: 2:07-cv-2744-CWH

Exhibit List

Exhibit A -   Deposition of Derryck Barentine, pp. 39-46

Exhibit B -   Deposition of Michael J. Caplan, M.D., p. 70, lns. 21-24

Exhibit C -   Subcontractor Agreement dated May 9, 2002

Exhibit D -   Purchase Order

Exhibit E -   OSHA Citations for Knight's Services, Inc., Bates-labeled "USA001198-001209"

Exhibit F -   OSHA Citation Summary Bates-labeled "USA001098-001103"

Exhibit G -   Deposition Transcript of David Williamson at pp. 89-92

Exhibit H -   OSHA Citations to Detyens, Bates-labeled "USA000867-000873"

Exhibit I -   Faherty Report

Exhibit J -   Local Rule 7.5(A)(4), D.S.C. a copy of <u>Hebden</u> decision

CHARLESTON\338035v1

# EXHIBIT A

Derryck Barentine February 26, 2008

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ADMIRALTY DIVISION

DAVID WILLIAMSON and CHRISTINE WILLIAMSON as Personal Representative of the Estate of MATTHEW THOMAS WILLIAMSON,

                Plaintiffs,

vs.

THE UNITED STATES OF AMERICA, DETYENS SHIPYARDS, INC.; KNIGHTS PIPING, INC. and KNIGHT'S SERVICES, INC.,

                Defendants.

| | |
|---|---|
| DEPOSITION OF: | DERRYCK BARENTINE |
| DATE: | February 26, 2008 |
| TIME: | 10:50 a.m. |
| LOCATION: | A. William Roberts, Jr. & Associates<br>46-A State Street<br>Charleston, SC |
| REPORTED BY: | PATRICIA THOMPSON-MORRISON<br>Registered Professional Reporter |

COPY

Computer-Aided Transcription by:
    A. WILLIAM ROBERTS, JR. & ASSOCIATES

Charleston, SC                                Greenville, SC
(843) 722-8414                           (864) 234-7030

                  Myrtle Beach, SC
                  (843) 839-3376

Columbia, SC                                    Charlotte, NC
(803) 731-5224                           (704) 573-3919

Derryck Barentine February 26, 2008

Page 39

```
 1   A.         Yes, sir.
 2   Q.         You have a hammer and chisel or a hammer and
 3   screwdriver.
 4   A.         Yes, sir.
 5   Q.         Is anyone with you?
 6   A.         Yes, sir; Yber Orantes and Matthew
 7   Williamson.
 8   Q.         But are they with you?  Not are they in the
 9   same space.  Are they with you?
10   A.         They're not with me.
11   Q.         What are they doing?
12   A.         They were working on another section of pipe.
13   Q.         Was that the section of pipe that Mr. Orantes
14   was working on when you first went down there?
15   A.         Yes, sir.
16   Q.         And is Mr. Williamson helping?
17   A.         Yes, sir.
18   Q.         To this point in everything that you have
19   described was Matthew Williamson ever with you
20   working?
21   A.         No, sir; besides in the morning, not down in
22   the CHT room.
23   Q.         But on this piece of piping that we are
24   talking about right now he was never --
25   A.         No, sir.
```

Derryck Barentine February 26, 2008

Page 40

1  Q.    I may have asked you this already: Do you
2  know what the purpose of this piping is?
3  A.    No, sir, I do not.
4  Q.    Do you know whether there is any fluid in the
5  pipe?
6  A.    No, sir, I do not.
7  Q.    Do you know what the pipe is connected to?
8  A.    No, sir, I do not.
9  Q.    Do you know if there is a source of liquid on
10 the other side of that pipe? Do you know if it's
11 isolated?
12 A.    No, sir, I do not.
13 Q.    Do you know what that means?
14 A.    No, sir, I do not.
15 Q.    Have you ever seen danger tags hung on valves
16 to isolate work areas?
17 A.    Yes, sir.
18 Q.    Describe that to me.
19 A.    In the different areas of the ships you're
20 going to have a little red tag that is on something
21 like a lock on a valve and it says: Danger. Do not
22 touch. Do not remove. And it was on other areas of
23 the ship.
24 Q.    Were you ever instructed in isolating work
25 boundaries?

```
 1   A.      No, sir, I was not.
 2   Q.      You were with your hammer and your
 3   screwdriver.  What happens next?
 4   A.      I tried to pry the flange loose.
 5   Q.      How did you do that?  Show me what you did.
 6   A.      Right in this area right here I was holding
 7   the flange and screwdriver at an angle and I was
 8   using -- say this is the hammer head.  I was using
 9   the side of the hammer to try to pop it loose, to try
10   to see if there was suction or something on it.
11   Q.      Were you trying to wedge the screwdriver
12   between the flanges, or were you trying to just knock
13   the flange?
14   A.      I was trying to wedge between the flanges
15   just to break them apart.
16   Q.      How long do you suppose you did that?
17   A.      About five or ten minutes.
18   Q.      What kind of hammer did you have?
19   A.      Just a standard little metal head.
20   Q.      Like a little short sledge?
21   A.      Yes, sir, like a short sledge.
22   Q.      Maybe three pounds?
23   A.      Three to five.
24   Q.      What kind of screwdriver do you have?
25   A.      Just a standard Wal-Mart brand flathead.
```

Derryck Barentine February 26, 2008

Page 42

```
 1   Q.      Big?
 2   A.      No, sir.  It was just a standard size.
 3   Q.      So about five minutes you try to wedge your
 4   screwdriver in there.
 5   A.      Yes, sir, and I couldn't get nothing -- it
 6   wouldn't budge at all.  So I asked Yber Orantes if he
 7   could help me break it loose, and he said he would.
 8   And he came over with approximately about a five foot
 9   section of pipe, maybe four foot, and then he -- if
10   you are looking at this bottom picture here, there is
11   like a little piece of angle iron right here.  He
12   pried the bar between that and popped the flange
13   loose with the pipe.
14   Q.      Looking at Photograph No. 7 again to your
15   right -- again, that's Defendant's Exhibit 18 -- do
16   you know how that flange got unbolted?
17   A.      No, sir.  I do not recall.
18   Q.      Do you know if it was already unbolted when
19   you got there?
20   A.      I don't recall.
21   Q.      Who is present in the space at this time?
22   Mr. Orantes has pried the flange apart.
23   A.      Yes, sir.
24   Q.      Who is present in the space?
25   A.      Me, Yber Orantes, and Matthew Williamson.
```

A. William Roberts, Jr. & Associates (800) 743-DEPO

Derryck Barentine February 26, 2008

Page 43

```
 1   Q.         Where is Mr. Brown?
 2   A.         Mr. Brown -- I assume that he had left for
 3   the day.
 4   Q.         What is the next thing that happens?
 5   A.         The next thing that happens is some type of
 6   clear fluid starts just coming out of the pipes, like
 7   quite a bit.  It was just flowing out really fast,
 8   and we all -- me, Yber Orantes and Matthew
 9   Williamson -- all three of us, we left the CHT room.
10   Q.         Did you notice any odors?
11   A.         No, sir.
12   Q.         When you left the CHT room, what did you do?
13   A.         When I left the CHT room I told Matthew
14   Williamson and Yber Orantes that I was going to call
15   the supervisor because I was the only one that had
16   the cell phone.
17   Q.         Where are you at when you are having this
18   discussion?
19   A.         We are at the top of the CHT room.  There was
20   like a bathroom area, and we were standing right in
21   the bathroom.  And I told them that I was going to go
22   to the deck and call the supervisors and let them
23   know what happened.  Matthew and Yber Orantes, they
24   said that they left their power tools down there
25   plugged in, so they were going to go unplug them.
```

Derryck Barentine February 26, 2008

Page 44

```
 1   Q.         So you were there while that conversation was
 2   taking place?
 3   A.         Yes, sir.
 4   Q.         And the reason that they were going back was
 5   what?
 6   A.         They left their power tools plugged in.
 7   Q.         Was there any discussion of retrieving some
 8   tools or hard hats or any of that?
 9   A.         No, sir.  The only thing that they said was
10   that they left their power tools plugged in and that
11   they were going to go grab them.  That was it.
12   Q.         So where do you go?
13   A.         I go -- there is two kind of like main decks
14   that are open.  I went to the bottom deck, and that's
15   when I proceeded to call Phillip Wright.  I couldn't
16   get any answer from Phillip Wright, so I called
17   Johnny Knight.
18   Q.         What are you using?
19   A.         My cell phone.
20   Q.         Is that the reason you had to leave the ship,
21   because you couldn't get reception?
22   A.         Yes, sir.  I called each of them about two or
23   three times.  I finally got ahold of Johnny Knight
24   and told him what happened, and then he told me to
25   make sure that no one goes back into the room and
```

Derryck Barentine February 26, 2008

Page 45

```
 1   make sure we stay out of the way.
 2   Q.        "Stay out of the way"?
 3   A.        Yes, sir.  Just wait until someone gets
 4   there.
 5   Q.        Johnny Knight told you don't go back?
 6   A.        Yes, sir.  He said:  Do not go back in the
 7   room.
 8   Q.        Did he tell you why?
 9   A.        No, sir, he did not.
10   Q.        I'm going to try and reestablish the time
11   line a little bit right now.
12             It was approximately 3:30 when you went back
13   down there?
14   A.        Yes, sir.
15   Q.        Did you stop and get a Coke or anything like
16   that before you went back?
17   A.        No, sir.
18   Q.        Stop and talk to anybody?
19   A.        No, sir.
20   Q.        How certain are you that it was about 3:30?
21   A.        I'm not exactly sure.
22   Q.        Can you give me a broader time frame?
23   A.        Honestly, I do not know, sir.
24   Q.        Could it have been as late as 4 o'clock?
25   A.        Yes, sir; it could have.
```

A. William Roberts, Jr. & Associates (800) 743-DEPO

Derryck Barentine February 26, 2008

```
 1   Q.        Could it have been after 4 o'clock?
 2   A.        Yes, sir; it could have.
 3   Q.        So when Johnny Knight tells you that what do
 4   you do?
 5   A.        I proceeded to go back to let them know that
 6   we have to stay away from the area.
 7   Q.        When you say "them", are you referring to
 8   Mr. Williamson and Mr. Orantes?
 9   A.        Yes, sir.  When I get my way back to the CHT
10   room, I looked down in the hatch because I hear
11   someone yelling for help, and so I looked down and I
12   see Matthew Williamson unconscious and Yber Orantes
13   holding him and --
14   Q.        Let me stop you there for just a minute.
15             When Mr. Knight told you don't go back, does
16   it occur to you that Mr. Williamson and Mr. Orantes
17   are in the space?
18   A.        Yes, sir, it does.  And I told Mr. Knight
19   that they went down to get their tools, and that's
20   when he told me -- he's like:  Don't let them go back
21   in there.  Make sure you get them out.  So on and so
22   forth.
23   Q.        Again, did he tell you why?  Did you have any
24   idea why you weren't to go back?
25   A.        No, sir.  I had no clue whatsoever.
```